JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 896-2529
Fax   (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff Tali Arik, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALI ARIK, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD MEYERS, ESQ., an individual; MEYERS LAW, PLLC, an Arizona Professional Limited Liability Company; JAMES HIENTON, ESQ., an individual; and RIDENHOUR HIENTON, PLLC, an Arizona Professional Limited Liability Company; DOES I – V and ROES VI – X, inclusive;<br><br>Defendants. | Case No.: 2:19-cv-01908-JAD-NJK<br><br>ORDER AND<br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEFENDANT JAMES HIENTON, ESQ. AND RIDENOUR HIENTON, PLLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2) AND FOR FAILURE TO PLEAD WITH SPECIFICITY PURSUANT TO FRCP 12(b)(6) OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION [ECF NO. 11]**<br><br>(First Request)   ECF No. 16 |

    Counsel for Plaintiff Tali Arik, M.D. ("Plaintiff"), Jesse M. Sbaih, Esq. of Jesse Sbaih & Associates, LTD, and counsel for Defendants James Hienton, Esq. and Ridenour Hienton, PLLC ("Hienton Defendants"), Angela Nakamura Ochoa of Lipson Neilson P.C., respectfully submit this stipulation to extend the following deadlines:

    1.) Plaintiff's deadline to respond to Hienton Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) and for Failure to Plead with Specificity Pursuant to FRCP 12(b)(6) or, Alternatively, Motion to Compel Arbitration [ECF No. 11] is being extended from its current deadline of January 10, 2020 to ***January 17, 2020***.

Page 1 of 2

2.) Meyers Defendants' deadline to file their Reply is being extended from its current deadline of January 17, 2020 to *January 24, 2020*.

This is the first request to extend these deadlines. This Stipulation is being filed and these extensions are requested due to indisposition of Plaintiff's counsel and not for purposes of any delay. Specifically, Plaintiff's counsel has been under the weather and unable to work on and complete the Plaintiff's response by the original deadline.

| | |
|---|---|
| DATED this __8th__ day of January, 2020.<br>LIPSON NEILSON P.C. | DATED this __8th__ day of January, 2020.<br>JESSE SBAIH & ASSOCIATES, LTD |
| By _/s/ Angela T. Nakamura Ochoa_____<br>   Joseph P. Garin, Esq. (#6653)<br>   Angela T. Nakamura Ochoa, Esq. (#10164)<br>   9900 Covington Cross Drive, Suite 120<br>   Las Vegas, NV 89144<br>   *Attorneys for James Hienton, Esq.*<br>   *and Ridenour Hienton, PLLC* | By _/s/ Jesse M. Sbaih_____<br>   Jesse M. Sbaih (#7898)<br>   Ines Olevic-Saleh (#11431)<br>   170 South Green Valley Pkwy, Ste 280<br>   Henderson, Nevada 89012<br>   *Attorneys for Tali Arik, M.D.* |

## **ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 10, 2020