JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 896-2529
Fax (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff Tali Arik, M.D.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TALI ARIK, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD MEYERS, ESQ., an individual; MEYERS LAW, PLLC, an Arizona Professional Limited Liability Company; JAMES HIENTON, ESQ., an individual; and RIDENHOUR HIENTON, PLLC, an Arizona Professional Limited Liability Company; DOES I – V and ROES VI – X, inclusive;<br><br>Defendants. | Case No.: 2:19-cv-01908-JAD-NJK<br><br>ORDER AND<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEFENDANT HOWARD MEYERS, ESQ. AND MEYERS LAW, PLLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2) AND FOR FAILURE TO PLEAD WITH SPECIFICITY PURSUANT TO FRCP 12(b)(6) OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION [ECF NOS. 13 AND 14]**<br><br>(First Request) |

Counsel for Plaintiff Tali Arik, M.D. ("Plaintiff"), Jesse M. Sbaih, Esq. of Jesse Sbaih & Associates, LTD, and counsel for Defendants Howard Meyers, Esq. and Meyers Law, PLLC ("Meyers Defendants"), Michael Stoberski of Olson Cannon Gormley & Stoberski, respectfully submit this stipulation to extend the following deadlines:

1.) Plaintiff's deadline to respond to Meyers Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2) and for Failure to Plead with Specificity Pursuant to FRCP 12(b)(6) or, Alternatively, Motion to Compel Arbitration [ECF Nos. 13 and 14] is being extended from its current deadline of January 13, 2020 to ***January 17, 2020***.

2.) Meyers Defendants' deadline to file their Reply is being extended from its current deadline of January 20, 2020 to *January 24, 2020*.

This is the first request to extend these deadlines. This Stipulation is being filed and these extensions are requested due to indisposition of Plaintiff's counsel and not for purposes of any delay. Specifically, Plaintiff's counsel has been under the weather and unable to work on and complete the Plaintiff's response by the original deadline.

| | |
|---|---|
| DATED this 9th day of January, 2020.<br>OLSON CANNON GROMLEY & STOBERSKI | DATED this 9th day of January, 2020.<br>JESSE SBAIH & ASSOCIATES, LTD |
| By /s/ Michael E. Stoberski<br>　　Michael E. Stoberski, Esq. (#4762)<br>　　Michael McLoughlin (#12820)<br>　　9950 W. Cheyenne Avenue<br>　　Las Vegas, NV 89129<br>　　*Attorneys for Howard Meyers, Esq.*<br>　　*and Meyers Law, PLLC* | By /s/ Jesse M. Sbaih<br>　　Jesse M. Sbaih (#7898)<br>　　Ines Olevic-Saleh (#11431)<br>　　170 South Green Valley Pkwy, Ste 280<br>　　Henderson, Nevada 89012<br>　　*Attorneys for Tali Arik, M.D.* |

### ORDER

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 10, 2020