# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TALI ARIK, M.D.,

    Plaintiff(s),

v.

HOWARD MEYES, ESQ., et al.,

    Defendant(s).

Case No.: 2:19-cv-01908-JAD-NJK

**ORDER**

[Docket No. 23]

Pending before the Court is a motion to stay discovery, filed on an emergency basis. Docket No. 23. Emergency motions are disfavored. *E.g.*, *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1140 (D. Nev. 2015). The Court has wide discretion in deciding whether a submitted matter is in fact a real "emergency." *See* Local Rule 7-4(b). Scant explanation is provided with the instant motion in an attempt to justify obtaining emergency relief. *See, e.g.*, Mot. at 10 (declaration explaining that emergency relief is sought to avoid incurring discovery-related costs). The Court is not persuaded that emergency treatment of this motion is appropriate.

Instead, given the meet-and-confer that was already conducted, the Court will adopt its typical schedule for briefing discovery disputes. *See, e.g.*, *Davies v. Gov't Emples. Ins. Co.*, 2020 U.S. Dist. Lexis 6003 (D. Nev. Jan. 14, 2020). Accordingly, any response to the motion to stay discovery must be filed by January 27, 2020, and any reply must be filed by January 29, 2020. The motion will thereafter be resolved in the ordinary course.

1

The Court expresses herein no opinion on the merits of the motion.

IT IS SO ORDERED.

Dated: January 22, 2020

                                                    _____

Nancy J. Koppe
United States Magistrate Judge