MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MICHAEL T. MCLOUGHLIN, ESQ.
Nevada Bar No. 012820
OLSON CANNON
GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mstoberski@ocgas.com
mmcloughlin@ocgas.com
*Attorneys for Defendants
Howard Meyers, Esq
and Meyers Law, PLLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| TALI ARIK, M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD MEYERS, ESQ., an individual; MEYERS LAW, PLLC, an Arizona Professional Limited Liability Company; JAMES HIENTON, ESQ., an individual; and RIDENHOUR HIENTON, PLLC, an Arizona Professional Limited Liability Company; DOES I-V and ROES VI-X, inclusive,<br>Defendants. | CASE NO.: 2:19-cv-01908-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY TO PLAINTIFF RESPONSE (Doc. No. 21) to DEFENDANTS' HOWARD MEYERS, ESQ AND MEYERS LAW, PLLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2) AND FOR FAILURE TO PLEAD WITH SPECIFICITY PURUSANT TO FRCP 12(B)(6) OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION (Doc. No. 13)**<br><br>(Second Request)<br><br>ECF No. 28 |

<u>STIPULATION TO EXTEND DEADLINES TO REPLY TO PLAINTIFF RESPONSE (Doc. No. 21) to DEFENDANTS' HOWARD MEYERS, ESQ AND MEYERS LAW, PLLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2) AND FOR FAILURE TO PLEAD WITH SPECIFICITY PURUSANT TO FRCP 12(B)(6) OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION (Doc. No. 13)</u>

COME NOW Defendants, Howard Meyers, Esq and Meyers Law, PLLC, (hereinafter referred to collectively as "Meyers Defendants"), by and through their counsel of record, MICHAEL E. STOBERSKI, ESQ., and MICHAEL T. MCLOUGHLIN, ESQ., of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and counsel for Plaintiff Tali Arik, M.D. ("Plaintiff"), Jesse M. Sbaih, Esq. of Jesse Sbaih & Associates, LTD, respectfully submit this stipulation to extend the following deadlines:

Meyers Defendants' deadline to reply to Plaintiff's Response (Doc. No. 21) to Meyers Defendants' their Motion to Dismiss for Lack of Personal Jurisdiction pursuant to FRCP 12(b)(2) and for Failure to Plead with Specificity pursuant to FRCP 12(b)(6), or, alternatively, Motion to Compel Arbitration (Doc. No. 13) is being extended from its current deadline of January 23, 2020 to *January 30, 2020*.

///

///

///

///

This is the second request to extend these deadlines. This Stipulation is being filed and these extensions are requested due to indisposition of Defendants' counsel and not for purposes of any delay. Specifically, Defendants' counsel had technical issues which prevented him from work on Defendants' Reply by the original deadline.

DATED this 24th day of January, 2020.

| OLSON CANNON GORMLEY & STOBERSKI | JESSE SBAIH & ASSOCIATES, LTD. |
|---|---|
| /s/ Michael T. McLoughlin | /s/ Jesse M. Sbaih |
| MICHAEL E. STOBERSKI, ESQ.<br>Nevada Bar No. 004762<br>MICHAEL T. MCLOUGHLIN, ESQ.<br>Nevada Bar No. 012820<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129 | JESSE M. SBAIH, ESQ.<br>Nevada Bar No. 007898<br>170 S. Green Valley Pkwy, Ste. 280<br>Henderson, NV 89012<br><br>Attorney for Plaintiff |

### ORDER

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2020