MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MICHAEL T. MCLOUGHLIN, ESQ.
Nevada Bar No. 012820
OLSON CANNON
GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mstoberski@ocgas.com
mmcloughlin@ocgas.com
*Attorneys for Defendants
Howard Meyers, Esq
and Meyers Law, PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| TALI ARIK, M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD MEYERS, ESQ., an individual; MEYERS LAW, PLLC, an Arizona Professional Limited Liability Company; JAMES HIENTON, ESQ., an individual; and RIDENHOUR HIENTON, PLLC, an Arizona Professional Limited Liability Company; DOES I-V and ROES VI-X, inclusive,<br>Defendants. | CASE NO.: 2:19-cv-01908-JAD-NJK<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS HOWARD MEYERS, ESQ AND MEYERS LAW, PLLC TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. No. 25)<br><br>(First Request) |

COME NOW Defendants, Howard Meyers, Esq and Meyers Law, PLLC, (hereinafter referred to collectively as "Meyers Defendants"), by and through their counsel of record, MICHAEL E. STOBERSKI, ESQ., and MICHAEL T. MCLOUGHLIN, ESQ., of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and counsel for Plaintiff Tali Arik, M.D.

("Plaintiff"), Jesse M. Sbaih, Esq. of Jesse Sbaih & Associates, LTD, respectfully submit this stipulation to extend the following deadlines:

Meyers Defendants' deadline to oppose Plaintiff's Motion for Summary Judgment (Doc. No. 25) is being extended from its current deadline of February 12, 2020 to ***February 24, 2020***.

This is the first request to extend this deadline. This Stipulation is being filed and the extension is requested due to indisposition of Defendants' counsel and not for purposes of any delay.

DATED this 11TH day of February, 2020.

| OLSON CANNON GORMLEY & STOBERSKI | JESSE SBAIH & ASSOCIATES, LTD. |
|---|---|
| /s/ Michael T. McLoughlin | /s/ Jesse M. Sbaih |
| MICHAEL E. STOBERSKI, ESQ. | JESSE M. SBAIH, ESQ. |
| Nevada Bar No. 004762 | Nevada Bar No. 007898 |
| MICHAEL T. MCLOUGHLIN, ESQ. | 170 S. Green Valley Pkwy, Ste. 280 |
| Nevada Bar No. 012820 | Henderson, NV 89012 |
| 9950 West Cheyenne Avenue | |
| Las Vegas, Nevada 89129 | Attorney for Plaintiff |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.