LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
*Attorneys for Defendants James Hienton, Esq.,
and Ridenour Hineton, PLLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TALI ARIK, M.D., an individual, | Case No: 2:19-cv-01908-JAD-NJK |
| Plaintiff, | **STIPULATION TO VACATE JUDGMENT IN A CIVIL CASE [DKT. NO. 50] PURSUANT TO FED. R. CIV. P. 60(b)(6)** |
| vs. | |
| HOWARD MEYERS, ESQ., an individual; MEYERS LAW, PLLC, an Arizona Professional Limited Liability Company; JAMES HIENTON, ESQ., an individual; and RIDENHOUR HIENTON, PLLC, an Arizona Professional Limited Liability Company; DOES I-V and ROES VI-X, inclusive; | **& ORDER** |
| | ECF Nos. 11, 50, 51 |
| Defendants. | |

COMES NOW, Plaintiff Tali Arik, M.D. ("Plaintiff"), by and through his counsel of record, Jesse M. Sbaih, Esq. of Jesse Sbaih & Associates, LTD., and Defendants James Hienton, Esq. and Ridenour Hienton, PLLC ("RH Defendants"), by and through their counsel of record, Angela Nakamura Ochoa of Lipson Neilson P.C., hereby stipulate and agree as follows:

///

///

///

WHEREAS, In an effort to avoid further expense and costs associated with conducting discovery and further litigation of the matter, Plaintiff and RH Defendants engaged in settlement discussions on or around June 23, 2020.

WHEREAS, RH Defendants served their Offer of Judgment to Plaintiff, to which Plaintiffs accepted on July 8, 2020 [Dkt. No. 49].

WHEREAS, the Clerk entered the Judgment in a Civil Case [Dkt. No. 50] on July 9, 2020.

WHEREAS, the Offer of Judgment specifically stated that in lieu of judgment, Defendants may tender a check of $25,000 within 21 days of acceptance and obtain a dismissal of the case with prejudice instead.

WHEREAS, the Offer of Judgment was also conditioned on a Motion for Good Faith Determination being granted;

WHEREAS, the Plaintiff and RH Defendants are working in good faith to complete the terms of the Offer of Judgment, whereby RH Defendants have tendered the $25,000 within the 21 day period;

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED the Judgment in a Civil Case [Dkt. No. 50] shall be vacated pursuant to FRCP 60(b)(6).

Plaintiff and RH Defendants respectfully request the court enter an order approving this stipulation.

DATED this 17th day of July, 2020.

**LIPSON NEILSON, P.C.**

/s/ Angela Ochoa
By: _____
JOSEPH P. GARIN, ESQ. (#6653)
ANGELA T. NAKAMURA OCHOA (#10164)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendants James Hienton, Esq. and Ridenour Hienton, PLLC*

DATED this 17th day of July, 2020.

**JESSE SBAIH & ASSOCIATES, LTD.**

/s/ Jesse Sbaih
By: _____
JESSE M. SBAIH (#7898)
INES OLEVIC-SALEH (#11431)
The District at Green Valley Ranch
170 South Green Valley Pkwy., Suite 280
Henderson, NV 89012

*Attorneys for Plaintiff*

## **ORDER**

Based on the stipulation between plaintiff and Defendants James Hienton, Esq. and Ridenour Hienton, PLLC (collectively, "the Hienton Defendants") **[ECF No. 51]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **the Clerk's Judgment [ECF No. 50] is VACATED and SET ASIDE.** Plaintiff and the Hienton Defendants have until August 3, 2020, to file a joint motion to dismiss.

And because the stipulation [ECF No. 50] indicates that the plaintiff has settled its claims against the Hienton Defendants, IT IS FURTHER ORDERED that the Hienton Defendants' Motion to Dismiss and Alternative Motion to Compel Arbitration **[ECF No. 11] is DENIED without prejudice as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2020